IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01425

TRENTON H. PARKER,

    Plaintiff,

v.

REMO ENTERPRISES, LLC, a Colorado Limited Liability Company; SBB LENDING, LLC, a Colorado Limited Liability Company; 123 MAIN, LLC, a Colorado Limited Liability Company; CELINK, a Michigan Corporation also known as Compu-Link Corporation; CURT TODD, an individual residing in Colorado; LOTTNER RUBIN FISHMAN BROWN & SAUL, P.C., a Colorado Professional Corporation; ROBERT SALVATO, an individual residing in Colorado; ROBERT P. SALVATO, an individual residing in Colorado; ROBERT SALVATO, JR., an individual residing in Colorado; ROBERT P. SALVATO, JR., an individual residing in Colorado; ROBERT W. REED, an individual residing in Colorado; JEAN E. HOWE, an individual residing in Colorado; MARY ANN PADILLA, an individual residing in Colorado; ROBERT GRABOWSKY, an individual residing in Colorado; SIEGFRIED F. DIEGEL, an individual residing in Colorado; TONY BUENO, an individual residing in Colorado; MICHAEL VERDEAL, an individual residing in Colorado; ELIZABETH VERDEAL, an individual residing in Colorado; HUNTER VERDEAL, an individual residing in Colorado; JOSE P. MARTINEZ, an individual residing in Colorado; RENAE BRON BRONK, an individual residing in Colorado; DENISE SMITH, an individual residing in Colorado; TAMMY PINK, an individual residing in Colorado; JOHN LAROSE, an individual residing in Michigan; BEVERLY RECK, an individual residing in Michigan; MARGARET OBERDANK, an individual residing in Michigan; J. BRINE LARSON, of Colorado; AMERICAN MODERN HOME INSURANCE COMPANY OF MINNESOTA; VAN WAGENEN FINANCIAL SERVICES INC. OF MINNESOTA; VAN WAGENEN, Mr., of Colorado Springs, Colorado; ESTER REYES, of Michigan,

    Defendants.

ORDER OF DISMISSAL

1

THIS MATTER comes before the court on its own motion. On December 8, 2008, this Court issued an Order to Show Cause by way of a written response filed with this Court no later than December 23, 2008, why this Court should not dismiss this action on any or all of the three grounds indicated in the Order to Show Cause (doc. #14). The Clerk of the Court mailed a copy of this Order to Plaintiff Parker by certified mail, return receipt requested, to the last address provided by Plaintiff to this Court (doc. #15). As of this date, no response has been filed by Plaintiff Parker. It is therefore

ORDERED that this action is dismissed without prejudice.

Dated: December 31, 2008

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE